# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND AMADEO,<br><br>        Plaintiff,<br><br>    v.<br><br>BEN MCCLAIN, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:07-cv-01072-AWI-DLB (PC)<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 1) |

Raymond Amadeo ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis with a civil rights complaint pursuant to 42 U.S.C. § 1983 and 42 U.S.C. § 12101 *et seq.* (the Americans with Disabilities Act). Plaintiff filed this action on July 26, 2007. The Court screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915(e)(2) and finds that it appears to state a cognizable claim for relief against the named defendants below. Fed. R. Civ. P. 8(a); Swierkiewicz v. Sorema N. A., 534 U.S. 506, 512-15 (2002); Austin v. Terhune, 367 F.3d 1167, 1171 (9th Cir. 2004); Jackson v. Carey, 353 F.3d 750, 754 (9th Cir. 2003); Galbraith v. County of Santa Clara, 307 F.3d 1119, 1125-26 (9th Cir. 2002).

Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for the following defendants:

    Ben McClain, Acting Director of Coalinga State Hospital,

    James "Jim" Robinson, Nursing Coordinator, and

    Gary Dieke, Staff Liaison Officer.

2. The Clerk of the Court shall send Plaintiff three (3) USM-285 forms, three (3) summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed July 26, 2007.

3. Within **THIRTY (30) DAYS** from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

    a.    Completed summons;

    b.    One completed USM-285 form for each defendant listed above; and

    c.    Four (4) copies of the endorsed complaint filed July 26, 2007.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this Order will result in a Recommendation that this action be dismissed.</u>

IT IS SO ORDERED.

Dated: **November 18, 2008**          /s/ **Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE